Form ntchrgRq

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Bankruptcy Proceeding No.: 18−25395
Chapter: 7
Judge: Janet S. Baer

In Re:
  Rheyes Lucious Clements
  14637 S Lincoln Ave
  Dolton, IL 60412

Social Security No.:
  xxx−xx−7021

Employer's Tax I.D. No.:

---

### NOTICE OF HEARING ON DISMISSAL OF CASE

PLEASE TAKE NOTICE that a hearing will be held at:

219 South Dearborn, Courtroom 615, Chicago, IL 60604

on October 23, 2018 at 09:30 AM

TO CONSIDER AND ACT UPON THE FOLLOWING: The dismissal of your case for failure to file required documents.

FOR THE COURT

Dated: September 26, 2018            Jeffrey P. Allsteadt , Clerk
                                     United States Bankruptcy Court

Form ntchrgRq

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Rheyes Lucious Clements  
14637 S Lincoln Ave  
Dolton, IL 60412  
SSN: xxx−xx−7021   EIN: N.A.

Case No. :   18−25395  
Chapter :   7  
Judge :   Janet S. Baer

## FINAL NOTICE OF DEFICIENCY AND
## HEARING ON DISMISSAL OF CASE

Section 521 of the Bankruptcy Code requires debtors to complete and file certain documents in their cases. Under Bankruptcy Rule 1007, the deadline for filing the completed documents is 14 days after the case is filed.

The Clerk has determined that the 14−day deadline has passed in this case and you have failed to file or complete the following required documents or request an extension of time to do so:

- **Certificate of Credit Counseling.**
- **Statement of Financial Affairs (Form 107/207).**
- **Schedule A−B (Form 106A/B).**
- **Schedule C (Form 106C).**
- **Schedule D (Form 106D).**
- **Schedule E/F (Form 106E/F).**
- **Schedule G (Form 106G).**
- **Schedule H (Form 106H).**
- **Schedule I (Form 106I).**
- **Schedule J (Form 106J).**

Under 11 U.S.C. § 521(i) of the Bankruptcy Code, this case will be dismissed for failure to file the above documents within 45 days after the date of the filing of the petition. If you wish to prevent the dismissal of this case, you or your attorney must appear at the hearing in this matter on the date in the attached notice.

If you are represented by an attorney, please contact your attorney for guidance.

FOR THE COURT

Dated: September 26, 2018

Jeffrey P. Allsteadt, Clerk  
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:  
Rheyes Lucious Clements  
    Debtor

Case No. 18-25395-JSB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: dsirmons     Page 1 of 1     Date Rcvd: Sep 26, 2018  
                       Form ID: ntchrgRq     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2018.  
db          +Rheyes Lucious Clements,    14637 S Lincoln Ave,    Dolton, IL 60419-2338

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
27063807       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 27 2018 01:57:57    Capital One Bank,  
           PO Box 30285,    Salt Lake City UT 84130-0285  
                                                                                                                       TOTAL: 1

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2018                                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2018 at the address(es) listed below:  
           Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov  
           Robert B Katz, ESQ     rkatztrustee@gmail.com,    rkatz@ecf.epiqsystems.com  
                                                                                                                                                                                 TOTAL: 2